| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
| This document Applies to: | **PLAINTIFF DEMANDS A TRIAL BY JURY** |
| Lori Angus, Plaintiff | |

Plaintiff(s) named below, for Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference [Doc. 364]. Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Lori Angus

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Richard Angus

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

    Western District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express (G2®X) Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other: _____

11. Date of Implantation as to each product:

    April 8, 2005

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Manufacturing Defect

    ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

    ☒ Count III: Strict Products Liability – Design Defect

    ☒ Count IV: Negligence - Design

    ☒ Count V: Negligence - Manufacture

    ☒ Count VI: Negligence – Failure to Recall/Retrofit

    ☒ Count VII: Negligence – Failure to Warn

    ☒ Count VIII: Negligent Misrepresentation

    ☒ Count IX: Negligence *Per Se*

    ☒ Count X: Breach of Express Warranty

    ☒ Count XI: Breach of Implied Warranty

    ☒ Count XII: Fraudulent Misrepresentation

    ☒ Count XIII: Fraudulent Concealment

    ☒ Count XIV: Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒ Count XV: Loss of Consortium

    ☐ Count XVI: Wrongful Death

    ☐ Count XVII: Survival

☒ Punitive Damages

☒ Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following:</u>

(please state the facts supporting this Count in the space immediately below)

<u>An attempt was made to remove the filter using a 9800 OEC C-arm but the machine malfunctioned during the procedure with the catheter in place. The plaintiff's filter has fractured with a limb migrating and embedding in her right psoas muscle.</u>

**JURY DEMAND**

Plaintiff hereby demands trial by jury on all issues.

**RESPECTFULLY SUBMITTED** this 12th day of December, 2016.

**TORISEVA LAW**

By: */s/ Teresa C. Toriseva*
    Teresa C. Toriseva (WV Bar No. 6947)
    (admitted *pro hac vice*)
    1446 National Road
    Wheeling, WV 26003
    Email: tct@torisevalaw.com
    Tel:   (304) 238-0066
    Fax:  (304) 238-0149

I hereby certify that on this 12th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Teresa C. Toriseva*
Teresa C. Toriseva (WV Bar No. 6947)